IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT RAYMOND FASUGA,<br><br>Defendant. | CR 21-03-H-BMM<br><br><br><br>PRELIMINARY ORDER OF FORFEITURE |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. Defendant Robert Raymond Fasuga appeared before the Court on June 28, 2021 and entered a plea of guilty to count I and II of the Superseding Information. Fasuga's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853.

IT IS ORDERED:

THAT Fasuga's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d) and 21 U.S.C. § 853:

- 79 Rounds CCI Ammunition caliber 22;

- 28 Rounds Assorted Ammunition caliber 12;

- $1,536.00 U.S. Currency;

- $4,770.00 U.S. Currency;

- $473.00 U.S. Currency;

- Browning Buckmark Plus Pistol caliber 22, serial number: 515ZX27596;

- 41 Rounds Aguila Ammunition caliber 22;

- 20 Rounds Assorted Ammunition caliber unknown;

- 77 Rounds Assorted Ammunition caliber 22; and

- 80 Rounds Assorted Ammunition caliber 22.

THAT the Bureau of Alcohol, Tobacco, Firearms and Explosives is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C.

§ 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 10th day of August 2021.

_____
Brian Morris, Chief District Judge
United States District Court