IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT RAYMOND FASUGA,<br><br>Defendant. | CR 21-03-H-BMM<br><br><br><br>FINAL ORDER OF FORFEITURE |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture. Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853;

2. A Preliminary Order of Forfeiture was entered on August 10, 2021;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1);

4.      There appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d) and 21 U.S.C. § 853;

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1.      The Motion for Final Order of Forfeiture is GRANTED.

2.      Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853, free from the claims of any other party:

- 79 Rounds CCI Ammunition caliber 22;
- 28 Rounds Assorted Ammunition caliber 12;
- $1,536.00 U.S. Currency;
- $4,770.00 U.S. Currency;
- $473.00 U.S. Currency;
- Browning Buckmark Plus Pistol caliber 22, serial number: 515ZX27596;
- 41 Rounds Aguila Ammunition caliber 22;
- 20 Rounds Assorted Ammunition caliber unknown;
- 77 Rounds Assorted Ammunition caliber 22; and
- 80 Rounds Assorted Ammunition caliber 22.

3.      The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 12th day of October 2021.

_____
Brian Morris, Chief District Judge
United States District Court